**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

LOUIS C. KIRVEN, III,

     Plaintiff

v.

ALTISOURCE ONLINE AUCTION, INC.

     Defendant.

Civil Action File No 3:26-cv-469

MARCH 27, 2026

## DEFENDANT'S NOTICE OF REMOVAL

COME NOW, Defendant Altisource Online Auction, Inc. ("Altisource"), by and through their undersigned counsel, hereby remove this action from the State of Connecticut Superior Court of the Judicial District of Stamford at Stamford, Docket No.: FST-CV26-5033965-S, to the United States District Court for the District of Connecticut, reserving all defenses and reserving all objections to venue based on 42 U.S.C. § 247d-6d(e)(1), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and 42 U.S.C. § 247d-6d(e)(1), on the following grounds:

### PLEADINGS, PROCESS, AND ORDERS

1. On March 20, 2026, Plaintiff Louis C. Kirven, III (hereinafter referred to as "Plaintiff" or "Kirven") commenced the above-entitled civil action in the Judicial District of Stamford, at Stamford Superior Court for the State of Connecticut by filing a Complaint therein entitled Louis C. Kirven, III, v. Altisource Online Auction, Inc., bearing Docket Number FST-

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**
185 Asylum Street, Suite 2603
Hartford, CT 06103
**Juris No. 435076**
**PHONE:  860.566.8045**
**FAX:  860.748.4857**

CV26-5033965-S. True and correct copies of the following documents are attached hereto and incorporated herein by reference as follows:

    a.    **Exhibit A** Complaint as served

    b.    **Exhibit B** Summons as served

    c.    **Exhibit C** Return of Service

    d.    **Exhibit D** State Court Docket Sheet

2. Defendant was served with the Summons and Complaint on March 2, 2026. Accordingly, this Notice of Removal is timely. 28 U.S.C. § 1446(b).

3. The attached exhibits constitute all process, pleadings and orders upon the Defendant.

4. Removal to this venue is proper because the State of Connecticut Superior Court of the Judicial District of Stamford, at Stamford, lies within the jurisdictional boundary of United States District Court for the District of Connecticut. However, Defendants reserve all rights to contest venue as improper under 42 U.S.C. § 247d-6d(e)(1).

## <u>DIVERSITY</u>

5. The Complaint is brought by Louis C. Kirven, III.

6. As alleged in the Complaint, Plaintiff is a resident of Weston, Connecticut.

7. As alleged in the Complaint, Defendant Altisource is a foreign corporation organized under the laws of the State of Delaware, with a business address of 2300 Lakeview Parkway, 7th Floor, Space 756, Alpharetta, GA, 30009.

173534184.1

2

8.      Corporate citizenship is determined by a corporation's state of incorporation and location of its principal place of business. *See* 28 U.S.C. § 1332(c)(1). As such, Altisource is a Georgia citizen. Accordingly, complete diversity exists between Plaintiff and the Defendant.

## AMOUNT IN CONTROVERSY

9.      Plaintiff's Complaint alleges three claims against the Defendant: (1) Violation of the Connecticut Unfair Trade Practices Act; (2) Fraudulent Misrepresentation; AND (3) Breach of Contract/Implied Covenant of Good Faith.  *See* Complaint **Exhibit A**.  According to Plaintiff, he alleges that he bought a home through Hubzu which is an online auction site he alleges is owned by the Defendant.  Plaintiff alleges that the Defendant allowed "unscrupulous and deceptive behavior to inflate the purchase price by $85,000."  As a result, it is clear that Plaintiff is seeking in excess of $75,000.00 exclusive of fees and costs.

10.     As a result, the amount in controversy exceeds the $75,000 threshold for removal.

11.     In removing this action, the Defendant does not admit any allegations and does not waive any defenses it may have to Plaintiff's claims.

## TIMELINESS OF REMOVAL

12.     This Notice of Removal is timely filed in that it has been filed within thirty (30) days after receipt of Plaintiff's Complaint. 28 U.S.C. § 1446(b)(1). The instant removal is also within one year of commencement of the underlying action as required by 28 U.S.C. § 1446(c)(1). As noted above, Plaintiff commenced this action on March 20, 2026.

13. Defendant will be filing in the Stamford Superior Court, and will serve upon Plaintiff, their Notice of Filing Notice of Removal to Federal Court dated March 27, 2026. A copy has been appended hereto as **Exhibit E**.

**WHEREFORE**, having shown that this case is properly removable, Defendant provides notice pursuant to 28 U.S.C. § 1446 that the Action pending in the Superior Court of the Judicial District of Stamford, at Stamford, State of Connecticut, is removed to the United States District Court for the District of Connecticut, and respectfully requests that this Court exercise jurisdiction over this case.

Respectfully submitted this 27th day of March 2026.

THE DEFENDANT,
ALTISOURCE ONLINE AUCTION, INC.

BY:    */s/ Christy E. Jachimowski*
Christy E. Jachimowski
Kaitlin Bair
LEWIS BRISBOIS BISGAARD &
SMITH LLP
HartfordEService@LewisBrisbois.com
Christy.Jachimowski@LewisBrisbois.com
Kaitlin.Bair@LewisBrisbois.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of March 2026, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

Louis C. Kirven, III, *Pro-Se Plaintiff*
P.O. Box 1023
Weston, CT 06883
T: 914-512-7690
Does not accept electronic service
Email: lkirven3@gmail.com

       */s/ Christy E. Jachimowski*
       Christy E. Jachimowski

173534184.1                                        5